CC: TO JUDGE __JK__

The Honorable John L. Weinberg

☑ FILED  ☑ ENTERED
___ LODGED  ___ RECEIVED

JUL 0 2 1999

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

JUN 4 1999 JK

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. C97-0255W |
| Plaintiff, ) | |
| ) | ~~(PROPOSED)~~ ORDER APPROVING |
| v. ) | SETTLEMENT AGREEMENT WITH |
| ) | HARMON & ASSOCIATES, INC., STEVE |
| PHILIP E. HARMON, et. al, ) | HARMON AND TERRY BEEBE |
| ) | |
| Defendants. ) | |

THIS MATTER comes before the Court on the Receiver's Motion for Approval of Settlement Agreement With Harmon & Associates, Inc., Steve Harmon and Terry Beebe. The Court has reviewed all materials submitted in support of the Motion and any materials submitted in opposition thereto, and the files and records herein;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Settlement Agreement attached to the Receiver's Declaration as Exhibit A is approved as fair, reasonable and adequate, and the Settlement Agreement shall be consummated in accordance with its terms and provisions and shall have the effects set forth therein.

2. The fees and costs described in the Declaration of Robert Fuhriman in Support of Receiver's Motion for Approval of Settlement Agreement with Harmon & Associates, Inc., Steve Harmon and Terry Beebe are hereby approved as fair and reasonable.

ORDER APPROVING SETTLEMENT AGREEMENT - 1

N:\CLIENTS\23504\6\APPROVEORDER.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

181

3. The expenses described in the Declaration of Mark A. Griffin in Support of Receiver's Motion for Approval of Settlement Agreement with Harmon & Associates, Inc., Steve Harmon and Terry Beebe are hereby approved as fair and reasonable.

4. A contingent attorneys' fee award to Keller Rohrback L.L.P. in the amount of 25% of the Settlement Fund in <u>Fuhriman v. Harmon</u>, King County Cause No. 97-2-18818-1SEA is hereby approved as fair and reasonable.

5. The Receiver is authorized to immediately pay the above-mentioned fees and costs.

DATED this 2 day of July, 1999.

_____
THE HONORABLE JOHN L. WEINBERG

Presented by:

KELLER ROHRBACK L.L.P.

By _____
David R. Major, WSBA #02714
Mark A. Griffin, WSBA #16296
John Mellen, WSBA #12373
Elizabeth A. Leland, WSBA #23433
Attorneys for Receiver

ORDER APPROVING SETTLEMENT AGREEMENT - 2

N:\CLIENTS\23504\6\APPROVEORDER.DOC

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384