CC TO JUDGE

Judge Mary Alice Theiler

___FILED ___ENTERED
___LODGED___RECEIVED

SEP 2 4 2003   KN

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

97-CV-00255-DECL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>         v.<br><br>PHILIP E. HARMON, et al.<br><br>                          Defendants. | No. C97-0255W<br><br>DECLARATION OF JOHN MELLEN IN SUPPORT OF RECEIVER'S MOTION TO APPROVE FEES OF RECEIVER, HIS ACCOUNTANTS, AND HIS LAWYERS |

John Mellen declares as follows:

1.  I am the attorney primarily responsible for the services provided by Keller Rohrback LLP, the law firm approved by this Court to serve as counsel to the receiver, Robert Fuhriman in this case. I am competent to testify to, and have personal knowledge of, the matters stated in this declaration.

2.  Attached to this declaration as Exhibit A are true and correct copies of statements of the fees and costs due and owing to Keller Rohrback LLP for services performed for the receiver in his administration and liquidation of the assets of Capital Investors Limited Partnership ("CIL") and the Family Investment Company ("FIC"). I have reviewed the attached invoices, and all entries are for services performed for the receiver in his administration and liquidation of the assets of CIL and FIC. I believe that the fees and costs incurred in this matter have been reasonable and necessary to accomplish the goals of the Receivership.

DECLARATION OF JOHN MELLEN IN SUPPORT OF RECEIVER'S
MOTION TO APPROVE FEES (C97-0255W) Page 1

N:\CLIENTS\23504\2\FEESMELLENDEC.DOC

ORIGINAL

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1  I certify under penalty of perjury that the foregoing is true and correct.

2  Signed this ___22___ day of September, 2003 at Seattle, Washington.

3

4                                              _____
                                                John Mellen

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF JOHN MELLEN IN SUPPORT OF RECEIVER'S
MOTION TO APPROVE FEES (C97-0255W) Page 2

N:\CLIENTS\23504\2\FEESMELLENDEC.DOC

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384